UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00412

**Mark McClenan**,
*Plaintiff,*

v.

**Gregg County Sheriff's Office, et al.**,
*Defendants.*

## ORDER

On July 27, 2020, plaintiff Mark McClenan, proceeding pro se and in forma pauperis, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3. On July 29, 2020, Judge Mitchell instructed plaintiff to pay an initial partial filing fee. Doc. 4. Plaintiff failed to do so.

On September 10, 2020, Judge Mitchell entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey an order. Doc. 7. Plaintiff did not object to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Finding no clear error in the report, the court **accepts** its findings and recommendation. The complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order.

*So ordered by the court on November 2, 2020.*

J. CAMPBELL BARKER
United States District Judge